IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

URIEL LIRA-PEREZ                                                                                   PLAINTIFF

v.                                          Case No. 2:12-CV-02127

STATE OF ARKANSAS                                                                          DEFENDANT

**O R D E R**

Currently before the Court is the Report and Recommendation (Doc. 4) filed in this case on July 3, 2012, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas. The objection period has passed without objections being filed by either party. Plaintiff did, however, file a Motion to Amend Complaint on July 19, 2012, which remains pending.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendations, IT IS ORDERED that Plaintiff's Motion to Proceed IFP (Doc. 3) is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Clerk is directed to place a § 1915(g) strike flag on the case.

IT IS FURTHER ORDERED that Plaintiff's Motion to Amend Complaint (Doc. 5) is DENIED AS MOOT. If Plaintiff wishes to bring claims against the Defendants he lists in his Motion, he may file those claims in a new case.

IT IS SO ORDERED this 26th day of September, 2012.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE